Court Copy

**US District Court**
**901 19th Street**
**Denver, CO 80294**
**USA**

14th September, 2023

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 18 2023

JEFFREY P. COLWELL
CLERK

Re **Ex Parte Communication to the Senior District Court Judge et al**

Honorable Sir/Madam

Greetings! I am writing this formal complaint letter concerning a number of state actors who did violate my US Constitutional, as well as my state constitutional rights, solely based on the factor of my color of skin, the the so called victim was and still housed at **1412 Lakeview Avenue Apt # is unknown to me**, but not the Pueblo Police Dept. et al... **based on state criminal case 22CR1547** (said case was dismissed by the DA Office, no reasons was given to me and/or my **Public Defender Attorney Lindsey Wright**).

Now I was placed in jail based on the perjured information given to the Police (at which they knew or should have known was false by and from the racist white male) now I was called racial slur names by this so-called racist and the State Actors were fully aware of this person drug and feelings towards those of color, yet from the Victims own mouth he stated to the arresting police, also white that it was his weapon, not mine, yet it was I who was arrested, assaulted and made homeless and my money was stolen all based on a perjured lies, which under the Colorado and Federal Rules and laws is a Crime, but again ONLY I was arrest based on the words of a white male whole tried to harm and kill me, **Larry Sims** and my **Veteran Handicap brother** who was going to get his mail., but was attacked by the so-called victim, and from my knowledge of the law(s) both party was to have been arrested, but again only I was arrested.

Now, President Biden did sign Executive Order concerning an anti lynching law called the **Emmett Smith Law**, but again my right was "NOT" so afforded to me when state actors (from the Mayor and his office, the Pueblo Police, Pueblo Sheriffs Office, the Pueblo Combined Courthouse, as well as the DA Office, et al) knew and/or should have known that said information was perjured, as well as tainted by those who are to protect those like me, but did not based on color and sexuality)...now I was never served any court summons par the Colorado CRS' concerning the civil case that so did developed out of this criminal matter that was DISMISSED by the Court and the Pueblo DA Office at this time I will ask the Court to afford me the right to file in Federal District Court since the state is tainted and they will not allow me the simple right to admit its error(s) that I ask for without the involvement of the Federal Court and I have been ghosted by the same up to the Mayors Office, et al, all I ever requested was for them to provide me with a copy of the Actual Summons that I was So Served concerning Civil Action, pursuant to Civil action case number **23S57**, but again nothing but either denial or "NO ANSWER" period, they don't have what doesn't exist, since I was never served and to date not made whole from the actions of a racist and those within the state who assisted him directly or indirectly.

If this US District Court need to get a hold of me my mailing address is: **Larry D. Sims,**
**140 West 29th Street, 352, Pueblo, CO 81008, USA**.

Sincerely



S/Larry D. Sims

Dated on 14th Sept., 2023



Lonny D. Sims
140 East 29th Street
352
Pueblo, Co 81008
USA

Legal Document
Inside

RUSH - Urgent

US District Court
Attn: Honorable Chief Judge
901 19th Street
Denver, Colorado 80294-3589

SEALED
TAPED

DENVER CO 802

15 SEP 2023   PM 7  L

Tomie dePaola

usa forever

Strega Nona

80294-35899